719 A.2d 158

IN THE MATTER OF KENNETH M. SUNBERG,
AN ATTORNEY AT LAW.

October 23, 1998.

## ORDER

The Disciplinary Review Board on June 30, 1998, having filed with the Court its decision concluding that **KENNETH M. SUNBERG** of **CALDWELL**, who was admitted to the bar of this State in 1978, should be reprimanded for violating *RPC* 1.2(a) (failure to consult with client as to means by which objectives of representation are to be pursued), *RPC* 8.1(a) (false statements of material fact in connection with a disciplinary matter), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **KENNETH M. SUNBERG** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.